*J. L. Kaulukou*, for defendants.

---

## PROVISIONAL GOVERNMENT OF THE HAWAIIAN ISLANDS *vs.* ALAU and AH FAN.

### EXCEPTIONS.

HEARING, SEPTEMBER 18, 1893.    DECISION, OCTOBER 5, 1893.

JUDD, C.J., BICKERTON AND FREAR, JJ.

OPINION OF THE COURT, BY BICKERTON, J.

This case was argued and submitted with the case of the *Provisional Government vs. Sam Gee* and four others, and it was agreed that the decision in that case, which has been filed this day, should be decisive of this, the facts being the same in both cases.

We therefore overrule the exceptions.

*Deputy Attorney-General G. K. Wilder*, for prosecution.

*J. L. Kaulukou*, for defendants.